UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Israel RIVERA-Balderas**<br>A.K.A. Fabian RIVERA-Martinez<br>A.K.A. "Pee Wee"<br>Defendant | Magistrate Docket No. '08 MJ 0143<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **January 14, 2008**, within the Southern District of California, defendant, **Israel RIVERA-Balderas, A.K.A. Fabian RIVERA-Martinez, A.K.A. "Pee Wee"** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Andrew Kahl
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **17th** DAY OF **JANUARY, 2008.**

_____
Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
**Israel RIVERA-Balderas**
A.K.A. Fabian RIVERA-Martinez
A.K.A. "Pee Wee"

## PROBABLE CAUSE STATEMENT

On January 14, 2008, at approximately 6:20 p.m., Border Patrol Agents K. Belzer encountered **Israel RIVERA-Balderas, A.K.A. Fabian RIVERA-Martinez, A.K.A. Pee Wee,** hereinafter referred to as the defendant, near Border Field State Park, in Imperial Beach, California. The area around Border Field State Park is notorious for the presence of illegal aliens attempting to further their way north into the United States. It is immediately adjacent to the International border between the United States and Mexico, and is bordered to the west by the Pacific Ocean. This area is approximately five miles west of the San Ysidro, California Port of Entry. The defendant admitted to Agent Belzer that he was a citizen and national of Mexico and that he had no immigration documentation allowing him to remain in the United States legally.

The defendant was transported to Imperial Beach Station for processing. At the station the defendant falsely claimed to be Fabian RIVERA-Martinez and fingerprints were taken from the defendant. The fingerprints were entered into IDENT and did not register in the IDENT system as the defendant's. Therefore the defendant was erroneously assigned a new identification number under the false name provided by the defendant. It is a common tactic among criminal aliens and alien foot guides to use super glue or to abrade of deface their fingerprints to defeat biometric fingerprint identification systems used by the Border Patrol.

On January 15, 2008, the defendant was interviewed by Border Patrol Lead Intelligence Agent F. Padilla at the Imperial Beach Station. The defendant has a number of unique tattoos that led Agent Padilla to believe that the defendant might be a criminal gang member, and it is normal practice of Agent Padilla to interview suspected criminal gang members. Agent Padilla finished the interview at approximately 11:00 a.m. Based on the false name and biographical data provided by the defendant and the failure of the scanner to properly identify the defendant, he was allowed to voluntarily return to Mexico on January 15, 2008.

On January 16, 2008, Agent Padilla received a BOLO, "be on the look out", for the defendant in his true name Israel RIVERA-Balderas. Agent Padilla immediately recognized the unique tattoos listed for the defendant in the BOLO and realized that he had interviewed the defendant on the day prior. Agent Padilla obtained official record checks from the defendant's official immigration record and the fingerprints taken from the defendant on January 14, 2008. Agent Padilla went to the AFIS center with the defendant's fingerprints and had AFIS examiner A. Beeman and B. Watling examine the fingerprints taken from the defendant. It was determined that the fingerprints correspond to those pertaining to the defendant's immigration and criminal record.

Record checks and a review of the defendant's official alien immigration record indicate that he is a citizen and national of Mexico. An Immigration Judge ordered the defendant removed to Mexico on **August 28, 2006** in Eloy, Arizona. Immigration officers executed this order on August 28, 2006.

Nothing contained in the official records maintained by the United States Citizenship and Immigration Services indicates that the defendant has applied to the Attorney General of the United States or the Secretary of Department of Homeland Security for permission to reenter the United States.

Based on the foregoing there is probable cause to believe that **Israel RIVERA-Balderas A.K.A Fabian RIVERA-Martinez, A.K.A. Pee Wee,** illegally re-entered the United States after deportation in violation of Title 8 of the United States Code, § 1326, deported alien found in the United States.